UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PATRICK D. TURNER,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>Defendant. | Case No. C11-629-RSM-JPD<br><br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 24.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. Specifically, the Appeals Council shall remand the case to an Administrative Law Judge ("ALJ") for a de novo hearing, and the ALJ shall issue a new decision. Upon remand, the ALJ will further develop the record, reevaluate the medical source opinions of record, redetermine plaintiff's residual functional capacity and credibility, redetermine whether plaintiff could perform any past relevant work,

REPORT AND RECOMMENDATION
PAGE - 1

and, if warranted, obtain vocational expert testimony. Plaintiff shall be afforded the opportunity to appear and testify at a supplemental hearing. Plaintiff shall also be permitted to submit additional evidence and arguments on remand. No aspect of the Commissioner's final decision is affirmed.

Upon proper application, plaintiff shall be eligible for attorney fees and expenses under the Equal Access to Justice Act, 24 U.S.C. § 2412 et seq.

A proposed order accompanies this Report and Recommendation.

DATED this 4th day of October, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2